*Formatted for Electronic Distribution*                                             *For Publication*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF VERMONT

_____

In re:

    **Lawrence Brodeur,**                            **Chapter 7 Case**
                **Debtor.**                              **# 08-10686**

_____

*Filed & Entered
On Docket
August 13, 2010*

## ORDER
### DENYING MOTION TO VACATE CONFIRMATION ORDER AND OBTAIN RELIEF FROM STAY

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the motion to vacate confirmation order and obtain relief from stay filed by Robert and Jacalyn Ambrozaitis (doc. # 26) and joined by the Town of Hubbardton (doc. # 27) is DENIED.

SO ORDERED.

                                                                           _____

August 13, 2010                                                    Colleen A. Brown
Burlington, Vermont                                      United States Bankruptcy Judge